FILED & ENTERED

JUL 14 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ygreen    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In Re: | Chapter 7 |
| | Bankruptcy No. 6:11-bk-14600 |
| ARMEN NICK KEVORKIAN, | Adversary Case No. 6:11-ap-01682-CB |
| Debtor. | ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S ADVERSARY COMPLAINT |
| JAVIER QUINTERO, an individual, | |
| Plaintiff, | Assigned to: |
| | The Honorable Catherine A. Bauer |
| vs. | |
| | Hearing Held: |
| ARMEN NICK KEVORKIAN, an individual, | Date:    June 29, 2011 |
| | Time:    11:00 a.m. |
| Defendant. | Courtroom: 303 |

1

[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' ADVERSARY COMPLAINT

Having reviewed the Debtor's and Defendant's Motion to Dismiss Plaintiff's Adversary Complaint for Failure to State a Claim Upon Which Relief Can Be Granted, IT IS HEREBY ORDERED that Plaintiff's Adversary Complaint be dismissed.

IT IS SO ORDERED.

###



DATED: July 14, 2011

United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**701 South Parker Street, Suite 6000, Orange, CA 92868-4741**

A true and correct copy of the foregoing document described as **[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' ADVERSARY COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____**,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 13, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**The Honorable Catherine A. Bauer, U. S. Bankruptcy Court, Riverside Division, 3420 Twelfth Street, Courtroom 303, Riverside, CA  92501**
**Gregory A. Paiva, Gateway Legal Group PC, 4295-A Jurupa St., Suite 114, Ontario, CA 91761**
**Raymond G. Robinson, Robinson-Legal, 41955 Fourth St., Suite 310, Temecula, CA 92590**

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **July 13, 2011** | **KELLY J. FRANCKE** | /s/ Kelly J. Francke |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ___ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S ADVERSARY COMPLAINT___ was entered on the date indicated as   Entered   on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ___July 13, 2011___, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
**Gregory L. Bosse, Esq., greg@bosse.org, lynnc777@gmail.com, kjfrancke@gmail.com**
**Lynda T. Bui (TR) trustee.ltranbui@shbllp.com, C115@ecfcbis.com**
**Andy J. Epstein taxcpaesq@yahoo.com**
**Kelly F. Ryan kryan@ryanattorneys.com**
**Ramesh Singh claims@recoverycorp.com**
**United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
**Gregory A. Paiva, Gateway Legal Group PC, 4295-A Jurupa St., Suite 114, Ontario, CA 91761**
**Raymond G. Robinson, Robinson-Legal, 41955 Fourth St., Suite 310, Temecula, CA 92590**
**Armen Nick Kevorkian, 3250 Cavaletti Lane, Norco, CA 92860**

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an ›ntered  stamp, the party lodging the judgment or order will serve a complete copy bearing an ›ntered  stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:
**Attorney for Creditor/Plaintiff Javier Quintero**
**Gregory A. Paiva, Gateway Legal Group PC, 4295-A Jurupa St., Suite 114, Ontario, CA 91761**

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                       **F 9021-1.1.NOTICE.ENTERED.ORDER**